United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Denard McClairne, <br>   *Plaintiff*, | § § § | |
| v. | § | Civil Action H-24-2553 |
| The Center for Pursuit, et al., <br>   *Defendants*. | § § § § | |

# ORDER

On December 2, 2024, Magistrate Judge Peter Bray recommended that this case be dismissed without prejudice for failure to serve the Defendants. Dkt 28. No objections were filed.

The memorandum and recommendation is ADOPTED as this Court's memorandum and opinion.

Any other pending motion is DENIED AS MOOT.

SO ORDERED.

Signed at Houston, Texas, on February 11, 2025.

_____
Hon. Charles Eskridge
United States District Judge